THIS DOCUMENT IS ~~NOT IN PROPER FORM ACCORDING~~
~~TO FEDERAL AND/OR LOCAL RULES AND PRACTICES~~
~~AND IS SUBJECT TO REJECTION BY THE COURT.~~

Emergency brief   ~~REFERENCE~~  LR5,4;7.1(a)(1);7,1(b)(1)

FILED
RECEIVED           LODGED
                   COPY

JUN 1 4 2007

## IMMEDIATE STAY REQUESTED
## IN THE UNITED DISTRICT COURT OF ARIZONA

Plaintiffs/Petitioners. Related Cases : **CV '07 1 1 8 2   PHX JAT**

Eighth District Court of Nevada: A48123, A478008, A471174,
469231, A487712,A486582,A503752,A490979,A49751

Supreme Court of Nevada: 42195, 44081 Justice

Court of Nevada: 46329, 44018 Maricopa County

Justice Court: 42195, 352258,

Nevada Family Court Cases:


And all Related Cases (known, unknown and not yet assigned cases)

(Virginia Prusha and/ or John Prusha )

**Real Party In Interest v.**

**Defendants/Respondents**


Virginia Prusha
4711 Ashbrook Place
Las Vegas, Nevada
89147 702-767-3815

ifp *pleadings
included*

Page 1

Emergency brief

## EXPARTE EMERGENCY MOTIONS;

Emergency Request for Emergency Restrain, Stay, Quiet Title, Restitution, Legal Fees & Costs, Victim Assistance, Petition for Prejudgment Writ of Attachment, Prohibition, Mandate and/or OR Appropriate Writ, Application for Order Collateral Estoppels, transfer and expert inspection of evidence including all Motions, Documents, Soundtracks discovered in Injure Cessio Cases which I am a Necessary party to.  Motion to Order expert witnesses; including, but not limited to, forensic experts, auditors, investigators, accountants, engineers and  appraisers.

### EVENTS TO BE STAYED;

Liquidation and fraudulent conveyance of real & personal property, malicious prosecutions, removal of illegal encumbrances/liens on my real property, including my family home of over twenty years, obstruction of justice, destruction of evidence, computer hacking, interference with mail, communications, transportation and dilatory tactics to prevent Plaintiff from Court Proceedings, interference with Constitutional Rights, Obstruction, inference and coercion of family members and Oppression under the Color of the Badge.

# TABLE OF CONTENTS*

**QUESTIONS PRESENTED***
CONSTITUTIONAL VIOLATIONS, ABUSE OF PROCEDURE,
PROCESS POWER*

**APPELLANT WILL PREVAIL ON MERITS***

**INTRODUCTION***

**DEFENDANTS***

**JURISDICTION***

**IN PAUPERIS MOTION***

**COMPLAINTS***

**CASE HISORY***

**DEFENDANTS COURSE OF BEHAVIOR***

**FACTUAL AND PROCEDURAL BACKGROUND ***

**ARGUMENT ***

    **CONSTITUTIONAL VIOLATIONS,**

       **ABUSE OF PROCESS, PROCEDURE & POWER***

I.       DID THE EIGHTH DISTRICT COURT AND THE SUPREME

COURT OF NEVADA VIOLATED MY FIRST, THIRD, FOURTH, FIFTH, SIXTH,

SEVENTH. EIGHTH, NINTH,TENTH. ELEVENTH, FOURTEENTH

AMENDMENT RIGHT AND EQUAL RIGHTS AND EQUAL ACCESS ACT?

Emergency brief

II.     DID THE EIGHTH DISTRICT COURT OF NEVADA VIOLATED

THE 1994 ACT OF VIOLENCE AGAINST WOMEN?

III.    DOES SUPREME COURT OF NEVADA'S "PILOT    PROGRAM"

DEFIES LAW, LOGIC, CONSTITUTIONAL AND CIVIL RIGHTS?

IV.     PETITIONER/APPELLANT WILL /HAS SUFFERED

**IRREPERABLE HARM.**

V.      WAS THE EIGHTH DISTRICT COURT THE SUPREME

COURT OF NEVADA BIAS AND DID THESE COURTS ERROR BY NOT

PROTECTING MY RIGHTS AND ABIDING BY THEIR OWN CODES OF

ETHICS AND STATE AND FEDERAL LAWS?

VI.     DID THE EIGHTH DISTRICT AND THE SUPREME COURT

INTENTIONALLY OBSTRUCT JUSTICE BY TOLERATING

AND PARTICIPATING IN THE ALTERATION AND DESTRUCTION OF

CRUCIAL EVIDENCE?

VII.    THE SUPREME COURT OF NEVADA AND THE EIGHTH

        DISTRICT COURT, THE NEVADA ATTORNEY GENERAL AND

THE FBI VIOLATE APPELLANT'S RIGHTS BY NOT PROVIDING
REASONABLE PROTECTION?

XIII.   DID THE EIGHTH DISTRICT COURT OF NEVADA VIOLATE

MY RIGHTS BY DENYING THE FOLLOWING:

      A.    RIGHT OFF TRIAL

      B.    RIGHT OF JURY

      C.    RIGHT TO REASONABLE ACCURATE,
              TIMELY NOTICEOF COURT PROCEEDINTGS

      D.    RIGHT TO TIMELY RESTITUTION

      E.    RIGHT NOT TO BE EXCLUDED FROM COURT
              PROCEEDINGS

      F.    RIGHT TO RECEIVE RELEVANT DOCUMENTS
              DUE PROCESS

      G.    RIGHT TO BE TREATED WITH FAIRNESS

      H.    DIGNITY AND PRIVACY.

      I.    RIGHT TO COMPETENT COUNSEL

      J.    RIGHT TO COUNSEL WHILE DISABLED

      K.    RIGHT TO BE PROTECTED AND ENTITLED
              TO FINANCIAL ASSISTANCE FOR
              EMOTIONAL AND FINANCIAL TRAUMA
              IMPOSED BY VERY SERIOUS CRIMES

**APPELLANT WILL PREVAIL OF THE MERITS***

## INTRODUCTION

At least twenty meritorious actions have arisen out of Defendant's dilatory tactics, which have resulted in great, irrevocable harm to Virginia Prusha, Plaintiff, representing herself, and for my causes of action, complain of Defendants, and because Defendants have conspired to impede my ability to protect my interest by harassing, threatening, wiretapping, stalking, interfering with and destroying/altering public records, maliciously prosecuting me & my husband, interfering with business, labor, civil, contractual rights. Their actions have caused hardship so acute and shocking that it violates all fundamental principles of decency, liberty and justice.

Very large amounts of monies are owed me through many contracts, thus far with the help of attorneys (including mine) and Public Servants have managed to illegally and unlawfully defraud me. In breach of the covenant of fair dealing and good faith, many "Parties" have hidden and attempted to dissolve and lauder monies in violation of Federal Law and have violated anti-trust laws including, but not limited to Unfair Methods of Competition and Advertising.

Physical disability which remains untreated due to bias, prejudice and insurance fraud has caused undue hardship. I have been wrongfully, wantonly denied legal representation and medical treatment. Therefore, I pray leave to pursue remedies provided by, but not limited to, Title 1 of the ADA, as well as other relief and restitution to pursue rights wrongfully denied me by GMAC.

One of the many Defendants, Mr. Eliades, is extraordinary wealthy and entered

into many contracts with me, one of which is an irrevocable executory contract and subsequent Last Will & Testament entered into over twenty years ago. My opinion is that this and pending escrows of extremely valuable lands and the enormous wealth and political conflicts are motive for this conspiracy which has caused unimaginable, irreparable pain and suffering. Bias, prejudice, conflicts and intentional disregard of the rules of law have been manifestly unfair, bold and so intense that I was/am, as any normal person, given the same circumstances, fear that my life/and or liberty may be maliciously taken from me.

Unbeknownst to me, I was in a totally frivolous lawsuit for almost three VERY miserable years, all attorneys (including mine) and Vegas Judicial System accommodated in violating my rights, denying me access, destroying and/or refusing submission of evidence. The Eighth District Court and the Supreme Court of Nevada denied me, in Violation of Constitutional Law, a jury trial and went so far as to lock me out when I did appear for said trial without the requested jury. In the meantime, my monies, properties were being fraudulently transferred, liquidated, and hearings involving amounts in hundreds of millions of dollars.

On or about February 11, 2007, while still recovering from another injury, I was in a car accident which totaled my car. The very clean truck that my husband and I had just purchased for five thousand dollars was towed without cause by law enforcement. Law enforcement not only refused to return it but also attempted again to maliciously prosecute us, this time for car theft, my mother in law purchased a car for us. At this

Page 2 of 4 (Introduction)



time we were unaware that members of law enforcement and the FBI had already

approached and induced our mother-in-law into participating in crimes against us.

On that day in February of 2007, I realized that this vehicle was also used in and

attempt to maliciously  imprison me again for car theft.  To my shock, the registration

went back to  an Anthony Santos of  Arizona and the vin number had been switched!  I

was two weeks away from registering it when the injury occurred that brought about this

discovery.  Because of the great oppression and abuse that proceeded this event, I knew

that this was yet another nefarious attempt to deprive me of my liberty and steal what is

legally and rightfully mine.  Anthony Santos is a go between for Peter Elides (Plaintiff &

father of my children) and my mother in law.  After hours and days of being harassed by

the insurance company, GMAC, and the car rental company, Enterprise, I was left

without medical care, acutely injured (could not get out of bed) and threaten to be

charged with embezzlement for the car rental provided through my insurance. (Exhibit,

taped conversations with GMAC insurance and Enterprise Car Rental. The first taped

conversation describes what is covered by the policy, at least $100,000 in costs and

unlimited car rental.  Another taped conversation suggests that someone else picked up

my car. The abuse and oppression inflicted by government agents has been so intense

and ongoing that I have grown to expect it.  I have aged by at least ten to fifteen years in

the last three due these the human rights violations and crimes wantonly and maliciously

imposed upon me and my husband.  I feel that my life has been shortened by ten to

fifteen years.  I am now without transportation, injured and impoverished, while being

ganged up on by many government agents and law firms. I have good cause to believe that I am not the first victim of these heinous crimes that are committed out of greed, against public policy.

If this Honorable Court does not provide assistance, protection and oversight, my efforts to seek justice will again be denied. Federal and local government agencies have not provided ANY protection or ASSISTANCE whatsoever. This is because they are either abusing their powers or have conflicts. I EMPLORE this honorable court to provide aid, protection and assurance that we may travel freely to and from court without threats, interference, intimation or delay, In contravention to Public Policy and upon the inception of this most heinous attack upon us, innocent citizens, in violation of decency, law and Acts of Violence Against Women, many crimes and acts of violence have been committed against my children, my husband and me. Because many parties in positions of trust and power do not want anyone to know what they did to us, our ability to fight back has been greatly impeded. Our phone wires have been cut, automobiles have been stolen by law enforcement agencies, phones are wiretapped, mail is stolen or rerouted, our computers have been disabled and great identity theft and financial crimes have been committed which have disabled our ability to communicate and travel. We never received any restitution or victim assistance. On the contrary, victim assistance, 211 tax rewards, and other government money has been misappropriated and used to bribe neighbors and relatives.

4 of 4 ( Introduction)

# ARGUMENT AND AUTHORITIES*

Venue determination involves Federal questions and actions that arise under the Constitution of the United States. "When actions involving a common question of law or fact are pending before the court, it may order all the actions consolidated." Rule 42 (a), Fed. R. Civ. P.

The first-to-file rule is a rule of comity which provides that when actions raising sufficiently similar issues are filed in two different courts, the later-filed action should be dismissed or stayed in deference to the first-filed action. Moreover, the case law is overwhelming that when a second-filed case asserts claims that are compulsory counterclaims in the first-filed action, the second case should be dismissed, stayed or transferred in order to serve the interests of judicial economy. In this case, there has been abuse of Procedure, Process, Power, Obstruction and Oppression. The evidence in the following related cases will an Abuse of Procedure, Practice and Process Claims in Accordance with U.S.C. 5 and U.S.C 15 are justified. 28 U.S.C. 1404 (a), permits transfer of a case to a different venue in the *interest of justice is absolutely necessary!* A well-recognized collateral rule is that a motion to transfer ordinarily should be decided first by the first-to-file, and that

Page 1

subsequent /related cases should await that termination before ruling. Given

the fact that there are compulsory counterclaims the first-to-file rule applies

here.

## I.     THESE CASES AND ALL OTHER RELEVANT CASES SHOULD BE TRANSFERRED AND STAYED.

Under Fed. R. Civ. P. 13 (a) a claim must be asserted as a compulsory

counterclaim "if it arises out of the transaction or occurrence that is the subject matter

of the claim." In the present claim. Fed Rule 13 (a) also provides that a counterclaim

is compulsory if it arises out of the same transaction or occurrence, even if it requires

additional parties, provided the court can acquire jurisdiction over those parties.

Here, the Federal Court can acquire jurisdiction over those parties. The Ninth Circuit

test under Fed R. Civ. 13 (a) "is whether the essential facts of the various claims are

so logically connected that considerations of judicial economy and fairness dictate

that all matters be resolved in one lawsuit" (citing Pochiro 827 F 2 d at 1249.

Federal R. Civ. P 20 (a) provides that "All persons.. .may be joined in one

action as defendants if there is asserted against them jointly, severally, or in the

alternative, any right to relief in respect of or arising out of the same transaction.

Occurrence, or series of transactions or occurrences and if any question of fact

common to all defendants will arise in the action.")

U.S.C. 1359 of Title 28 clearly states that a district court shall not have jurisdiction of a civil action in which any party, by assignment or otherwise has been **improperly or collusively made or joined to invoke the jurisdiction of such court. This has been the case here. Frivolous Lawsuits, Mock Trials, ABUSES of Process, Procedure, Deficiencies, Obstruction, Oppression,** and **if I** haven't yet been **bullied** enough, low and behold, they try to **trick** me once again! **Newly discovered evidence** will prove that the **Eighth District Court of Nevada caused, tolerated and participated in Domestic Violence** wrongfully, wantonly imposed upon me and my children, in violation of many laws, including The Violence Against Women's Act of 1994. In the now pending continuation of the Nightingale vs., Prusha case, the fact that the Motion to Expunge Lis Pendens describes **Gordon & Silver's & clients, Kevin Goshan and Geraldine Weber, as Defendants is a misrepresentation. Eric Olson Esq. is fully aware that this is a his clients are Movants and this is another misrepresentations and attempt to trick me as he is fully aware that I have legal disadvantage and intentionally chooses to exploit me.**

Reasonable standard to meet Constitutional requirements for Notice include bona fide attempts as prescribed in 3.5100 were not met: ie. (via U.S. mail is 10 + 3 days for mailing.) The Notice requirement was not met as it is deficient by three days and even though they knew where I was and I requested

Page 3

that they serve me personally as my mail has been re-routed, they chose not to. Therefore, there has been, as typical, another **Abuse of Process** and the **Motion to Expunge Lis Pendens should be denied.** Moreover, another **Abuse of Procedure and Process is demonstrated in the fact that Plaintiff's " Goshen & Weber" revived the old case in an effort to force venue in a state where I have been oppressed and denied rights.** This is another example of the **dilatory tactics which is a Breach of the Covenant of Good Faith and Fair Dealing.**

U.S.C. 28 1404 provides that when asserting state on particular issues, the Federal Court sitting in diversity, should hold that a district court is bound to follow the decision of the Circuit Courts encompassing that particular state even if the district court is not in the Circuit. Although they carry some weight, decisions of lower state courts, especially when there is a danger that the court's decision will give rise to the "Erie" problem of **forum shopping and "UNEQUAL PROTECTION."** Federal Common Law has developed that **IMPORTANT FEDERAL** interests involving commerce, anti-trust and where Contractual Powers of the United States are concerned, Federal courts should adopt a uniform national Rule.

Relief from Breach of Contract, due process, acts of Congress, etc interstate, international and where **Constitutional** or any such lawsuit involves a **question of Federal Law and "Arising Under"** language **of Article III, 2 of the Constitution** confers "Subject Matter Jurisdiction" over all cases which involve

Page 4

U.S.C. 28 1404 provides that when asserting state law on particular issues, the Federal Court sitting in diversity, should hold that a district court is bound to follow the decision of the Circuit Courts encompassing that particular state even if the district court is not in the Circuit. Although they carry some weight, decisions of lower state courts, especially when there is a danger that the court's decision will give rise to the "Erie" problem of **forum shopping** and **"UNEQUAL PROTECTION."** Federal Common Law has developed that **IMPORTANT FEDERAL** interests involving commerce, anti-trust and where Contractual Powers of the United States are concerned, Federal courts should adopt a uniform national Rule.

Relief from Breach of Contract, due process, acts of Congress, etc interstate, international and where **Constitutional** or any such lawsuit involves a **question** of **Federal Law and "Arising Under"** language of **Article III, 2 of the Constitution** confers "Subject Matter Jurisdiction" over all cases which involve Federal Questions. This applies in the cases that follow because **Constitutional, Contractual, Property**, and the **MOST BASIC HUMAN RIGHTS HAVE BEEN DENIED ME.** Also, this has been a multi-jurisdictional abuse. Century 21 falsely advertised the property and breached many anti-trust and contractual rights. They are an international corporation. Nightingale Overseas Ltd. Was a British Virgin Island Corporation and was not authorized to do business in Nevada. Since the inception of this law suit many "parties" have incorporated using the name "Nightingale." These parties concealed their true names under this "corporate umbrella" in an effort to hide their true identities claim what is not rightfully their's.

Page 5

"Subject Matter Jurisdiction" is also invoked pursuant to 28 U.S.C.

1332 (a)(1) for each of the claims alleged because some " Parties " , on one hand, are citizens of

different state, countries and matter in controversy exceeds $75,000.00 exclusive of interest

and costs.

There have been outrageous abuses of the civil  and rights resulting in undue hardship

and the fact that I now have in excess of twenty cases is no coincidence as this is a multi-

faceted nefarious conspiracy . These ABUSES have been so extreme that INTERVENTION

is necessary for the sake of decency and justice.  Accordingly,  Rule 59 and the Enabling Act

Enlarges a substantive right to intervene, review, abridge and modify state laws which are

unconstitutional and in violation to public policy.

## II.

**A.     NEVADA STATE LAW; LEGAL SUPPORT AND ANALYSIS FOR OPPOSITION OF SHORTENING TIME.**

1.     **Legal Support**

Rule 2.26  Shortening time.

Even though this should not be considered an Exparte Motionxparte Motions as Counter

Claimants, Kevin Goshan and Geraldine Weber have at least three Law Firms  that have contacted

me, they DO NOT MEET NOTICE REQUIREMENTS and  The Motion to Shorten Time  may NOT

be granted…..unless they constitute good cause and justify shortening time.  This is not the case here.

This is demonstrated in the fact that someone entered a FRAUDULENT DEED and altered the public records by doing so. AS the recept for my Lis Pendens proves, on March 9, 2007, I recorded a Lis Pendens consisting of 6 pages. Please note, the word DEED is typed in by a typewriter that does not match the word Lis Pendens. Also see RECEIPT which is for a Lis Pendens and not a deed.)

(EXHIBIT)

Counterclaimant's Motion to Shorten Time and Expunge Lis Pendens is an act of Bad Faith. This is demonstrated by the fact that he served me in person with a bogus Response to my Opposition to Expunge Lis Pendens. My opinion is that his was an attempt to COVER UP THE FACT THAT IN VIOLATION OF LAW, I WAS NOT PROPERLY SERVED IN ACCORDANCE of many Federal and state laws including TO NEVADA RULE OF PROCEDURE TO SHORTEN TIME and **RULE 2.26; AN ORDER WHICH SHORTENS THE NOTICE OF A HEARING OF A MOTION TO LESS THAN 10 DAYS MAY NOT BE SERVED BY MAIL...**

Further proving that Opposing Counsel is Acting in Bad Faith is the BOGUS fax to a phone number which I haven't had for three years. (Exhibit ) Please note...no transmission report.

Although there is much more Case Law and evidence that will prove beyond any doubt that Counterclaimant is acting in Bad Faith, misrepresenting the facts and is deceitful in their claims. One of thus far, three opposing attorneys is Mr. Winterton who has personal knowledge of these facts as he represented the Opposing party in the first-filed action and pulled out the same NASTY TRICKS! Therefore, I submit my Motion to Stay and Remove. I have volumes of evidence and law to support my claim and it is essential for the sake of justice that this case be heard in another Jurisdiction. The reason that Opposing Counsel wishes to rush.....is again, to deprive me of my rights.

**Rule 37** Refusal to make discovery:  On April 13, 2007, I requested that Robert Ahn disclose the true names and capacities of Gerardine  Weber and Kevin Goshan.  My request was never answered.

**"Special" Motions must be made on notice.**-----Any "special motion involving judicial discretion that effects the rights of another, as contrasted to motions "of course" must be made on notice, even where no rule expressly requires notice to obtain the particular order sought.

**Rule 45 (c)  Protection of Persons Subject to Subpoena**.

(1)     A party or attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena.  **The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty and appropriate sanction, which may include, but is not limited to, lost earning and a reasonable attorney's fee.  IN THIS CASE A SUBPOENA SHOULD HAVE BEEN, BUT NEVER WAS SERVED.**

**Rule 11** SIGNING OF PLEADINGS ....The signature of the attorney constitutes a certificate by that attorney or party that he or she...to the best of of his or her knowledge...formed after **reasonable inquiry obtained at the time of the signature, that it is well grounded in fact and is warranted by existing law, and that it is not interposed for andy improper purpose such as to harass...in violation of this rule, the court, upon its own initiative shall impose an appropriate sanction .......reasonable expenses ..including attorney's fees. The EXPARTE MOTION and the MOTION TO SHORTEN TIME WAS MADE TO PREVENT DUE PROCESS.** Even before I recorded the lis pendens on this property, Geraldine Weber, Kevin Goshan  and counsel

Page 8

should have known that their was a likelihood that title to the property had a cloud.  This is demonstrated in the deed.  (Exhibit)   **COUNTERCLAIMANTS NEVER SIGNED NOTICE. Although I request the true names and capacities  of these parties, it was never disclosed.**

**RULE 12         Defendant does not waive his right to request a change of venue merely if/because he files an answer before demanding and changing venue.  Byers v. Graton 82 Nev. 92, 411 P2d 480 (1966)   follows:**

**1.        That Counterclaimantss takes nothing by way of his motion**

**Wherefore, Counterdefendant pray for judgment as herein.**

**2.        For reasonable attorney's fees and cost incurred herein**

**3.        That the court impose sanctions because Counterclaimant actions are made in bad faith.**

**4.        All proceedings be stayed pending removal.**

Respectfully,

Virginia Prusha

Page 9

**UPDATE:**   Because we are being violated on a daily basis **FOR YEARS**, it is difficult to submit the cases.  On or about the beginning of April 2007, I was about to submit **THIS BRIEF AND** other pleadings.  It has been extremely challenging because of the constant ongoing violations, intentional obstacles, theft and crimes which have rendered us penniless.  These  include, but are not limited to insurance fraud and car theft.  Because Public Servants hereto are abusing Police Powers, law enforcement has been used to victimize us, thus we have no recourse.  One of the many examples is as follows: Our vehicle was wrongfully towed and we were prevented by law enforcement from obtaining it and again this was yet another attempt to maliciously prosecute us. They refused to give me my car if I did not make a false statement.  They wanted me to say that my husband stole the vehicle and my identity.  I refused and therefore was prevented from receiving the vehicle we had just paid five thousand dollars for after my Q 45 was maliciously destroyed.  Now we have been put out of work and

my husband's pension has disappeared from his union.  This is the

first time since I was 16 that I had not had a vehicle.  Public

Transportation in Nevada is extremely difficult and I suffer in the

heat while waiting for hours to get anywhere.  My injuries still go

untreated.  Since the time I was about to submit, there has been

new discovery which will prove that I was again intentionally

tricked into participating in another fraudulent trial in the Eighth

District Court of Nevada.  I most recently discovered that Mr.

Olson, Mr Winterton, Mr. Ahn, attorneys and the court tied me up

again and I had to set this appeal aside in order to respond to this

particular case of which MANY laws have again been violated.  I

most recently discovered that instead of a Certificate of Service,

the Opposing attorney served upon me on April 11, 2007, a

certificate of receipt.  I believe this was another attempt to

participate in another frivolous, fraudulent and compulsory

lawsuit and perhaps play the role of my attorney without my

knowledge.  When my husband spent all day on a bus to deliver my

**Motion to Remove this case to Mr. Olson's office, he was asked where I obtained my knowledge. After my fifth attorney committed malpractice and everyone said I was blackballed and refused to represent me, finally, we bought our own law books and I've been studying ever since. I am still disadvantaged and everything that I have ever worked for and all else that I value has been taken from me, even my relationship with my children. They have been used, as usual, as Emotional Extortion Weapons in an effort to break me. We need HELP! All of our communications have been interfered with to the ultimate degree. We rarely receive our mail. We must go through great obstacles to get internet access. Our utilities have been manipulated and phone wires cut. Identity theft has ruined our credit and therefore we have been unable to maintain a phone line. Our computers have been so extremely hacked that I no longer go online. No one in Nevada will help and the dilatory tactics have caused great harm and we can no longer move freely. Our home has been so damaged by these**

Page 3 of 4 ( Update)

persons in an effort to render our homeless and wrongfully obtain

it through fraudulent leins, identity theft, banking fraud and

condemnation.

If extra care and attention is not given to these great human rights

violations and our mail is not personally delivered, we will not

receive it.  WE DESPERATELY NEED ASSISTANCE AND A

SAFE PLACE TO LIVE IN WHILE WE FIGHT BACK

THROUGH A COURT OF LAW!  IF WE ARE LEFT HERE IN

NEVADA, THEY WILL EVENTUALLY OUTSPEND, INJURE

AND OVERWHLEM US WITH THEIR BULLY TACTICS.

PLEASE HELP US TO GET A TEMPORARY APRTMENT

WITH PROPER COMMUNCATIONS TO ENABLE US TO

HAVE THE LIBERTY AND FREEDOM AS CITIZENS OF

AMERICA THAT ARE PROVIDED BY THE CONSTITUTION!

Federal Questions. This applies in the cases that follow because **Constitutional, Contractual, Property, and the MOST BASIC HUMAN RIGHTS HAVE BEEN DENIED ME.** Also, this has been a multi-jurisdictional abuse. Century 21 falsely advertised the property and breached many anti-trust and contractual rights. They are an international corporation. Nightingale Overseas Ltd. Was a British Virgin Island Corporation and was not authorized to do business in Nevada. Since the inception of this law suit many "parties" have incorporated using the name "Nightingale." These parties concealed their true names under this "corporate umbrella" in an effort to hide their true identities claim what is not rightfully their's.

My opinion is that this was/is a premeditated conspiracy to keep me from filing my cases and thus cause my statute of limitation to run out. The crimes and violations of our (my husband & me) most basic rights have resulted in unimaginable, irreparable pain, grief suffering while being constantly harassed, falsely imprisoned and barraged with accumulated cases. The intent was/is to "beat us up and wear us down" and break us financially, emotionally and physically.

# COMPLAINT

1.    COMES NOW, THE ABOVE NAMED Plaintiff, Virginia Prusha. Representing herself, for action and for her complaint against defendants and hereby alleges as follows:

2.      Plaintiff, Virginia Prusha, an individual at all times relevant hereto and since discovery was/is a citizen of the United States and a resident of State of Nevada, California and Arizona. Upon information and belief, and at all times relevant hereto. Defendants, Century 21, Nightingale Overseas Co. Ltd., was a British Virgin Island Corporation not authorized to do business in Nevada. Other (Parties) hereto conduct and maintain businesses, corporations, subsidiaries, etc.

3.      On May 6, 2007, I received notice from Eric Olson Esq. of Gordon & Silver, that two parties were suing to "Expunge Lis Pendens." (Exhibit 1) This action reopened one of the many cases of which are subject to claims herein previously designated as Nightingale Overseas Ltd. vs. Virginia Prusha. This case has been reopened. District Court of Nevada Case # 487712 and Supreme Court of Nevada Case# 44081

4.      Now I am Counter defendant in this action and pray that this case be removed. I also discovered that there was never a decision rendered my case. The so called decision sent to me on appeal from the Supreme Court was a blank sheet of paper. This is a legal deficiency, because a judgment was never entered in this case and it was expunged before it was dismissed. Many other obstacles were intentionally put in my path in an effort to keep me from attending the scheduled hearing which was scheduled the month after the expunge. On May 14, 2007, I appeared in court and again, my Lis Pendens was expunged without due process. ( Exhibit 2: my diary of events on that day.)

5.      Because I was being vex and diverted in an ugly FRIVOLOUS LAWSUIT DURING THIS time, and disadvantaged not only legally but in everyway imaginable,

it was impossible to understand what was happening. After the abuse of process and the misrepresentation of five attorneys, I finally had to purchase a law library and have been fighting on my own ever since. I also discovered that other parties including John Mendoza, a man who refunded a $25,000. check to us was wrongfully make a compulsory claim. John Mendoza Sr. was a Supreme Court Justice in Nevada and he is partners with Peter Eliades, (Plaintiff in **frivolous legal actions** & father of my children) in the banking and transportation business. {Business Bank of Nevada and Yellow, Checker and Star Cab Companies}

6.        The amounts of monies involved in these cases are astronomical and is the motive for the horrific crimes that have been committed against my husband and me.  We have been victim of identity theft, banking fraud and an effort to frame me for these crimes as a means to profit. Proof that **this land is worth billions of dollars** as described in the **legal description**, which include whole government lots, as well as my attorney, Michael Poll's notes "Thanks a lot, Poli, (Michael Poli, my attorney) I thought this was in the **M's** but it's in the **B's." {(Exhibit 3:(Legal Description)  Exhibit 4: (My attorney's fax; M's** meaning **Millions** & **B's** meaning **Billions**)}

7.        Other parties, including attorney have profited by wrongfully obtaining **money through me in PROBATE COURT!** Compulsory claims have been filed nationwide. The extent of the fraud as not yet been ascertained as I have become literally a prisoner of Nevada. My **home has been destroyed and encumbered** by parties' hereto. **(Exhibit 5)**

8.        Our cars have been literally towed away and we have been maliciously prosecuted. Because of the political power and wealth of my ex, Peter Eliades,

Page 7

(who tricked me into frivolous lawsuits and mock trials) and the power and positions of others hereto, reasonable protection and enforcement of victim rights have been impossible. On the contrary, we have suffered great injustice and Oppression Under the Color of the Badge.

9.      Whereas, I, Plaintiff am assignee of a contract to purchase real property. (Exhibit 5) Offer consists of eight pages. In addition, is the Counter Offer and Acceptance from the person who represented himself as "Seller" of the property. (Exhibit 6) Assignment and Offer and Acceptance are incorporated by this reference.

10.     Plaintiff was ready, willing and able to perform by the required date for performance set forth in the contractual documents. The fact is that Plaintiff was ready, willing and able to perform but was prevented from doing so by defendants, whom refused to proceed with sale of otherwise interfered with Plaintiffs rights.

11.     On June 18, 2007,1 called Sandi DiMarco, agent for Century 21 and told her that we would have an early all cash closing. She responded by Cancelling the Escrow. (Exhibit 7)

12.     Most critical of all; excepting the Abuse of Process, Procedure, Power, and Oppression Under the Color of the Badge, is the NEW DISCOVERY.

13.     Century 21 (Advantage Gold and Others) "Parties" herein after referred to has "Defendants" failed to disclose material facts prior to the execution of the Contract. These include the following:

14.     The land was MUCH larger than advertised." Defendants" falsely

Page 8

advertised the property and omitted material which include, but are not limited to, they did not wish to sell the Property because it was much larger than advertised and thus extremely valuable. William Chappie, represented himself as seller and did not have the authority to sell the property, and therefore did not have the right to Convey said premises.

15.     "Defendants" made numerous misrepresentations and failed to disclose material facts including conflicts with the Broker (Richard Bell Liberty Realty and it's agents) who stole my Commission.

16.     In these cases, the Nevada Judiciary was used as an anti-competition weapon, in an intentional attempt to interfere directly with a contract and a business relationship, therefore, the application of the Sherman Act is justified and appropriate.

17.     Many other cases were filed in which the claims asserted were already subject of other pending actions. These claims were fraudulent and used as a means to defraud and interfere with Plaintiffs rights. The claims asserted were false. The court cases were a "sham."

18.     Recently, after examining the legal description, I also discovered that the judge, possibly a federal agent and my attorneys have an interest in the property. {Exhibit 8: Escrow docs: Legal Description Matches     Exhibit 9: Mary Green Legal Description,     Exhibit 10 My broker is Richard Bell: deed}

19.     I also discovered that these "Parties" colluded and filed Bankruptcies which are in violation of, but not limited to, Fed. Rule 18.

Page 9

20.     The "Parties" who participated in this activity are subject of the many
ongoing violations that I present and wish to consolidate, because they have
conspired against me. One of the many wrongful bankruptcy cases is hereby
submitted. (Exhibit 11: Bankruptcy Case #      ) Exhibits one through 13 are
hereby incorporated by these references.

21.     (Century 21) falsely advertised the property and omitted material including
the fact that they did not wish to sell the Property because it was MUCH larger than
advertised and thus extremely valuable. Proof that Century 21, it's agents and others
did not act in good faith and never intended to sell this property is demonstrated in a
Contract which was entered into On July 19, 2007. (Exhibit 12) In June of 2004, my
attorney, James Lee proposed that he put up the money for the purchase of this land.
This verbal agreement is confirmed by the expressed hand written contract which he
signed at 5:10 p.m. on August 4, 2004. (Exhibit 13)

22.     This Contract was entered into before August 25, 2005, when my Lis Pendens
was expunged before it was dismissed without a decision. During this time, I was
being stalked, threatened, oppressed, denied access and due process. More recent
discoveries have occurred, ( including documentation which was altered since my
appeal to the Nevada Supreme Court.) These extraordinary circumstances have
caused unnecessary delay, irreparable harm and voluminous paper work, therefore, I
reserve the right to submit this evidence in the future.

23.     "Defendants" made numerous misrepresentations and failed to disclose
material facts. I most recently discovered my employer/ Broker ( Liberty
Realty, and it's agents and many other parties colluded) in a multi-faceted,

Page 10

multi-jurisdictional conspiracy to threaten, intimidate, impillage, impoverish, frame and interfere with my Constitutional. Property, and civil rights. They waged a campaign of terror which caused hardship so acute and shocking that all principals of liberty and justice. These "parties" intentionally caused great pain and suffering.

24.    As I most recently discovered my Employer/Broker who slandered and wrongfully fired me and then stole $150,000.00 of my VERY HARD EARNED MONEY, which ultimately put me out of business. He is intertwined with other parties hereto also has an interest in the land that is subject of these complaints. Many dilatory actions were caused by others including malicious prosecutions, identity theft, property theft and the filing of frivolous lawsuits filed in a corrupt Judicial Process full of conflicts, including an interest in this extremely valuable property. Therefore, all cases herein are incorporated by this reference.

Counterdefendant/Appellant, Virginia Prusha, was never notified of many other "cases" of which I am a "Necessary Party to and I was denied access to the courts and court records were withheld. Many of the cases have since been removed and or sealed.

26.    Therefore "Defendants" obstructed justice" by denying Plaintiff equal access. Furthermore, while in Phoenix, Arizona, Plaintiff discovered that documentation which is relevant and necessary was being altered and destroyed by "defendants." This was also a breach the implied covenant of food faith and fair dealing.

Page 11

27.     There is a substantial relationship between all "Defendants" hereto. The

Defendants conspired, misled me into participating in frivolous cases, deceived and

chose to defraud and eliminate me even though they know that I am a necessary Party

to these actions. Therefore, all cases described herein and hereinafter are

incorporated by this reference and I pray leave to amend.

28.     Now I realize that another contact from a law firm, namely Lord, Bissell, &

Brook is relevant and would like to incorporate this paragraph into paragraph 3, pg 6.

Prior to contact made by Eric Olson Esq. of Gordon & Silver, Robert Ahn of ( Lord,

Bissell & Brook) contacted me in April of 2007. He requested that I send him part of

my complaint against Century 21, Nightingale Overseas Ltd. I complied. I hereby

submit interaction between Robert Ahn, Esq. of Lord, Bissel & Brook.( **Exhibit 12**)

What is most peculiar about this contact is that prior to the May 14th, 2007 hearing,

Patricia Mousatano Esq., from the same law firm contacted me and said that we had

a hearing in Courtroom 2. I called her back 5 or 6 times, she never responded.

Subsequently, I called Dept. 2, Judge Valerie Vega, I was told that nothing was

pending in that courtroom. It is odd that Eric Olsen just took over where Robert

Ahn left off. I again called Robert Ahn of Lord, Bissell & Brook and he referred me

back to Ms. Mousatana, again, she never responded. On or about May 18, 2007, I

asked Robert Ahn who his clients were and why they never signed anything

including affidavits, which would be necessary to remove the lis pendens He

admitted that he never met them. I think this is probably another trick to divert me in

a "mock" trial while conducting a hearing that I was not notified of, again having a

fraudulent hearing and /or forcing a default judgment against me.